BEFORE THE SECOND DIVISION, NOVEMBER 30, 1966

**No. P66/353.**—William L. Bane & Co. and N. Bloom & Sons, Inc. *v.* United States, protest 174133–K (New York).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of candlesticks and candelabra, silver plated on nickel silver or copper, similar in all material respects to those the subject of *L. Tobert Co., Inc., and American Shipping Co.* v. *United States* (40 Cust. Ct. 586, Abstract 62036), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, NOVEMBER 30, 1966

**No. P66/354.**—Aloha Factors and American Customs Brokerage Co. et al. *v.* United States, protests 65/3599, etc. (Honolulu).

RICHARDSON, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of Iso peanuts, peanut crackers, and Japanese rice crackers similar in all material respects to those the subject of *Hilo Rice Mill Co., Ltd., American Customs Brokerage Company et al.* v. *United States* (52 CCPA 106, C.A.D. 866), the claim of the plaintiffs was sustained.